IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 9, 2009 |
| Court Reporter: Janet Coppock | Time: 43 minutes |
| Probation Officer: Robert Ford | Interpreter: n/a |

**CASE NO. 08-CR-00289-PAB**

Parties                                                Counsel

**UNITED STATES OF AMERICA,**                 Kurt Bohn
                                                       Special Agent Lee Glauvitz

      Plaintiff,

vs.

**CLAYSON J. PEARCE,**                         Richard Banta

      Defendant.

**SENTENCING**

**9:06 a.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Bohn addresses defendant's objections to the presentence investigation report.

Comments by Mr. Banta.

Court states its findings and conclusions.

Comments by Mr. Bohn in support of Government's Motion for Downward Departure (Doc #44), filed 12/30/08.

Comments by Mr. Banta.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure (Doc #44), filed 12/30/08 is **GRANTED** by 40%.

Mr. Bohn addresses sentencing.

Mr. Banta addresses sentencing.

Defendant addresses the Court.

Defendant entered his plea on **October 31, 2008** to counts **1, 2, 3, 4, and 5 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **38** months as to counts 1, 2, 3, 4 and 5, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts 1, 2, 3, 4 and 5, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$500.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon on February 19, 2009.**

Page Four
08-CR-00289-PAB
January 9, 2009

**ORDERED:** Government's Motion for Acceptance of Responsibility (Doc #43), filed 12/30/08 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**: Bond is continued.

**9:49 a.m.     COURT IN RECESS**

**Total in court time:      43 minutes**

**Hearing concluded**