IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00289-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     CLAYSON J. PEARCE,

    Defendant.

## ORDER

The government's motion for the additional one-level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the additional one-level reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this 9th day of January, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO